| Date | Pleading Number | |
|---|---|---|
| 6/1/71 | 1. | MOTION TO TRANSFER UNDER 28 U.S.C. §1407 plaintiffs Kaiser Industries Corp., Vereinigte Oesterreichische Eisen-Und Stahlwerke Aktiengesellschaft and Brassert Oxygen Technik for consolidation of ten actions in seven districts to the Northern District of Illinois. Supporting Memorandum of Law and affidavit of service attached. |
| 6/11/71 | 1a | FORD MOTOR CO. Request for extension of time to serve response to motion. |
| 6/11/71 | 1b | BETHELEM - Request for extension of time to serve response to motion. |
| 6/11/71 |  | ORDER - Extending to and including July 6, 1971 to all parties to file and serve response to motion. Notified counsel. |
| 6/11/71 |  | CF&I Steel Corp. - Request for extension of time to serve response to motion. |
| 6/14/71 | 1c | GRANITE CITY STEEL CO. - Request for extension of time to serve response to motion. |
| 6/14/71 | 1d | WHEELING-PGH. STEEL; NATIONAL STEEL CORP; REPUBLIC STEEL, U.S.STEEL; INTERNATIONAL HARVESTER CO.- Request for extension until 6/6/71 to file and serve response. |
| 6/24/71 |  | HEARING ORDER entered. July 30, 1971, Denver, Colorado (A-1 thru A-10) Notified counsel and involved judges. |
| 7/6/71 | 2. | Response of def. Granite City Steel Co. |
| 7/6/71 | 3. | Brief of National Steel Corporation |
|  | 3a | Affidavit of Robert D. Yeager |
|  | b | Brief of International Harvester Company |
|  | c | Brief of Rpublic Steel Corporation |
|  | d | Brief of United States Steel Corporation |
|  | e | Brief of Wheeling-Pittsburgh Steel Corporation |
|  |  | ~~Affidavit of service~~ |
| 7/6/71 | 4 | Response & brief (affidavit of service) of def. Ford Motor Co. |
| 7/7/71 | 5. | Response of Bethlehem Steel Corp. |
| 7/7/71 | 6 | Brief of CF&I Steel Corp. |
| 7/7/71 | 7 | Response of Indland Steel Company |
| 7/12/71 |  | Plaintiffs request for an extension of time to file response to motion |
| 7/12/71 |  | Order entered extending plaintiffs time for filing and serving response to and including 7/19/71 Notified counsel |
| 7/19/71 | 8 | PLAINTIFF's REPLY MEMO IN SUPPORT OF TRANSFER. |
| 8/23/71 |  | CONSENT OF TRANSFEREE COURT - Hon. Rabe Ferguson Marsch consent for Judge Rosenberg to handle litigation. |
| 8/23/71 |  | OPINION AND ORDER transferring ten patent suits from seven districts to the Honorable Louis Rosenberg, W.D. Penna. for consolidated or coordinated pretrial proceedings. |
| 3/21/74 |  | KAISER INDUSTRIES CORP., ET AL. V.YOUNGSTOWN SHEET AND TUBE CO. N.D. INDIANA, C.A. NO. H-74-63 |
|  |  | KAISER INDUSTRIES CORP., ET AL. V. INTERLAKE, D. DELA. 74-35 |
|  |  | CTOs entered today. Notified counsel, involved judges. |
| 4/3/74 | 9 | KAISER IND. V. YOUNGSTOWN SHEET AND TUBE, ND. IND., H-74- 63 Defendant Notice of Opposition filed today. |
|  |  | Order - staying CTO. Notified counsel. |
| 4/8/74 |  | KAISER INDUSTRIES V. INTERLAKE, INC., D. DEL., 74-35 CTO final today. Notified transferee clerk and juddge |
| 4/17/74 | 10 | YOUNGSTOWN SHEET & TUBE CO., Motion to Vacate CTO in Kaiser v. Youngstown Sh-et & Tube Co., N.D.Ind., No. H-74-63 w/supporting brief, certificate of service and miscellaneous exhibits. |
| 4/19/74 | 11 | YOUNGSTOWN SHEET AND TUBE CO. motion ~~and brief~~ to vacate CTO w/ cert. of service |
| 4/30/74 | 12 | KAISER IND. response to motion to vacate (INTERLAKE) with one set exhibits YOUNGSTOWN |

| Date | Pleading Number | |
|---|---|---|
| 5/8/74 | 13 | YOUNGSTOWN SHEET AND TUBE CO. REPLY BRIEF to Kaiser Industries Corp v. Youngstown Sheet and Tube Co. w/cert. of service. |
| 6/3/74 | | Kaiser Industries Corp., et al. v. Youngstown Sheet and Tube Co. HEARING ORDER entered today. Set for June 28, 1974, San Francisco, California |
| 6/28/74 | 14 | FILED IN OPEN COURT -- MISC 5289 -- filed in the W.D. Penna., Plaintiffs' Memorandum in Opposition to Motion by Defendant Republic Steel Corp. for summary judgment. |
| 6/28/74 | 15 | FILED IN OPEN COURT -- MISC 5289 -- filed in the W.D. Penna., Plaintiffs Memorandum in opposition to motion by defendant Republic Steel Corp. for summary judgment |
| 11/12/74 | | Kaiser Industries Corp., et al. v. Youngstown Sheet & Tube Co. N.D. Ind., H-74-35 -- OPINION AND ORDER transferring action to the W.D. Pennsylvania for coordinated or consolidated pretrial proceedings with the other actions assigned to Judge Rosenberg |

Opinion and Order 8/23/71 331 F. Supp. 549.
Opinion and Order Nov 12, 1974 384 F Supp 1405

**DOCKET NO.** 74

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation  Computer ID No. 315

Transferred to W.D. Penna. (Judge Rosenberg) 8/23/71 ✱

IN RE SEUSS PATENT INFRINGEMENT LITIGATION

Misc 5289

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Kaiser Industries Corp., et al. v. United States Steel Corp. *dismissed* | N.D. Ill. 71-8125/74 | McMillen | ✱8/23/71 11/2/74 | 71-814 2/10 |
| A-2 | Kaiser Industries Corp., et al. v. International Harvester Co. | N.D. Ill. 71-816 | Austin | 11/2/74 ✱8/23/71 | 71-815 1/10 |
| A-3 | Kaiser Industries Corp., et al. v. Inland Steel Co. Dismissed (Hammond Div. | N.D. Ind. 8-5-77 71H92(2) | Eschbach 71-H- | ✱8/23/71 | 71-807 |
| A-4 | Kaiser Industries Corp., et al. v. Bethlehem Steel Corp. *dismissed 8/* (Hammond Div.) | N.D. Ind. 71-91(2) | Eschbach | ✱8/23/71 | 71-806 |
| A-5 | Kaiser Industries Corp., et al. v. Granite City Steel Co. *dismissed nov 29, 1979* (Southern Div.) | S.D. Ill. 4788 | Poos | ✱8/23/71 | 71-816 |
| A-6 | Kaiser Industries Corp., et al. v. *dismissed 12/18/75* CF&I Steel Corp. | D. Colo. 67C311 | Chilson | ✱8/23/71 | 71-817 |
| A-7 | Kaiser Industries Corp., et al. v. Republic Steel Corp. (W.D.N.Y. 71-151) | N.D. Ohio C-71 552 | Green | ✱8/23/71 | 71-818 trans to N.D.Ohio 5/25/71 10/10/78 |
| A-8 | Kaiser Industries Corp., et al. v. National Steel Corp. *dismissed Nov 30, 1979* | N.D. W.Va. 68-29-W | Maxwell | ✱8/23/71 | 71-819 |
| A-9 | Kaiser Industries Corp., et al. v. Ford Motor Company *dismissed 3/* | Delaware 71-4095 | Latchum | ✱8/23/71 9/2/76 | 71-820 |
| A-10 | Kaiser Industries Corp., et al. v. Wheeling-Pittsburgh Steel Corp. | Delaware 71-4094 | Latchum | ✱8/23/71 1/3/76 | 71-821 10/10/78 |
| B-1 | Kaiser Industries Corp., et al. v. Youngstown Sheet and Tube Co. 3/21/74 OPPOSED. | N.D. Indiana H-74-63 | Sharp | 11/2/74 | 74-1113 10/10/78 |
| B-2 | Kaiser Industries Corp., et al. v. Interlake, Inc. 3/21/74  4/30/74 1 transfer to 4/30/74 12 transfer to 8/30/75 | D. Delaware 74-35 | | 4/8/74 8/15/77 | 74-353 |
| XYZ-1 | Kaiser Industries Corp., et al. v. Crucible Inc., | W.D. Pa. 74-214 | Rosenberg | | 10/10/78 |
| XYZ-2 | Kaiser Industries Corp. v. J.& L. Corp. | W.D. Pa. 74-217 | Rosenberg | | Dec 3, 1979 |

Verified correct by Transferee Clerk - April 16, 1975
" " " " " July 1976
" " " " " July 1977
" " " " " July 1978 - 1A/5 dec/9 pldg
July 1979 - 2TR/2XYZ/10 ORS/4 pldg

p. 1

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 74 -- IN RE SUESS PATENT INFRINGEMENT LITIGATION

| Plaintiff | Defendant |
|---|---|
| Jay H. Topkis, Esquire<br>Paul, Weiss, Goldberg, Rifkind<br>  Wharton & Garrison<br>345 Park Avenue<br>New York, New York<br><br>William H. Webb, Esquire<br>Webb, Burden, Robinson & Webb<br>✓ 515 Oliver Building<br>Pittsburgh, Pennsylvania 15222<br><br>Arthur J. Goldberg, Esquire<br>✓1101 Seventeenth Street, N.W.<br>Washington, D. C.  20036 | GRANITE CITY STEEL COMPANY<br>  Joseph J. Gravely, Esquire<br>  Gravely, Lieder & Woodruff<br>  701 Olive Street<br>  St. Louis, Missouri  63101<br><br>CF&I STEEL CORP<br>  J. Philip Anderegg, Esquire<br>  Pennie, Edmonds, Morton,<br>    Taylor & Adams<br>  330 Madison Avenue<br>  New York, New York  10017<br><br>BETHLEHEM STEEL CORP.<br>  William B. Mallin, Esquire<br>  John R. Kenrick, Esquire<br>  Eckert, Seamans, Cherin & Mellot<br>  42nd Floor - 600 Grant St.<br>  Pittsburgh, Penna. 15219<br><br>WHEELING PITTSBURGH STEEL<br>NATIONAL STEEL<br>REPUBLIC STEEL<br>INTERNATIONAL HARVESTER<br>NATIONAL STEEL CORP.<br>  ✓Walter J. Blenko, Jr., Esquire<br>  Blenko, Leonard & Buell<br>  301 Fifth Avenue<br>  Pittsburgh, Penna. 15222<br><br>FORD MOTOR CO.<br>  Frank L. Seamans, Esquire<br>  Eckert, Seamans, Cherin & Mellott<br>  42nd Floor - 600 Grant Street<br>  Pittsburgh, Penna. 15219<br><br>YOUNGSTOWN SHEET AND TUBE CO.<br>  *See Blenko above*.     ›any<br><br>INTERLAKE, INC.<br>  David A. Vogel, Esqu.<br>  Prangley, Dithmar, Vogel, Sandler<br>    and Stotland<br>  105 West Adams Street<br>  Chicago, Illinois  60603 |

p. _____

| Plaintiff | Defendant |
|---|---|
| IN | INLAND STEEL<br>George N. Hibben, Esquire<br>Hibben, Noyes & Bicknell<br>322 South Michigan Avenue<br>Chicago, Illinois  60604 |

p. _____

| Plaintiff | Defendant |
|---|---|

DOCKET NO. 74

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE SEUSS PATENT INFRINGEMENT LITIGATION

✴ Service Counsel

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1<br>A-2 | Jay H. Topkis<br>~~Arthur J. Goldberg,~~ Esquire<br>Paul, Weiss, Goldberg, Rifkind,<br>   Wharton & Garrison<br>345 Park Avenue<br>New York, New York 10022<br><br>Webb, Burden, Robinson & Webb<br>Oliver Building<br>Pittsburgh, Pennsylvania<br><br>Milton I. Shadur, Esquire<br>Devoe, Shadur, Plotkin, Krubb & Miller<br>208 S. LaSalle Street, Suite 1270<br>Chicago, Illinois 60604 | A-1 & A-2 (see below)<br>George W. Gessler, Esquire<br>Hackbert, Rooks, Pitts, Fullagar & Poust<br>208 South LaSa-le Street<br>Chicago, Illinois 60604<br><br>A-3 (see below)<br>Palmer C. Singleton, Jr., Esquire<br>Tinkham, Beckman, Kelly & Singleton<br>5231 Hohman Avenue<br>Hammond, Indiana 46320<br><br>BETHLEHEM STEEL CORP.<br>  William J. Barnes, Esquire<br>  Fish & Neave<br>  277 Park Avenue<br>  New York, New York 10017 ✴ |
| A-3 | Goldberg & Webb Firm - as A-1 & A-2)<br>    also Eugene Feingold, Esq.<br>Wilson, Benne, Feingold & Donnersberger<br>5231 Hohman Avenue<br>Hammond, Avenue 46321 | GRANITE CITY STEEL COMPANY<br>  Joseph J. Gravely<br>  Gravely, Lieder & Woodruff<br>  705 Olive Street<br>  St. Louis, Missouri 63101 ✴<br><br>CF&I STEEL CORP.<br>  J. Philip Anderegg, Esquire<br>  Pennie, Edmonds, Morton, Taylor & Adams<br>  330 Madison Avenue<br>  New York, New York 10017 ✴ |
| A-5 | Ensel, Jones, Blanchard & Friedman<br>425 East Monroe Street, Suite 201<br>Springfield, Illinois 62701 | A-7 (see below)<br>John E. Dickinson, Esquire<br>Hodgson, Russ, Andrews, Woods & Goodyear<br>1800 One M & T Plaza<br>Buffalo, New York 14203 |
| A-7 | Richard E. Moot, Esquire<br>Ohlin, Damon, Morey, Sawyer & Moot<br>1800 Liberty Bank Building<br>Buffalo, New York 14202 | A-8<br>Gilbert S. Bachmann, Esquire<br>Bachmann, Hess, Bachmann & Garden<br>1226 Chapline Street<br>Wheeling, West Virginia 26003 |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-9<br>A-10 | David Snellenburg II, Esquire<br>Killoran & Van Brunt<br>8th Floor, Bank of Delaware Building<br>Wilmington, Delaware 19801<br><br>William H. Webb, Esquire<br>Webb, Burden, Robinson & Webb<br>515 Oliver Building<br>Pittsburgh, Pennsylvania 15222 | A-9 - FORD MOTOR COMPANY<br>William K. Kerr, Esquire<br>Fish & Neave<br>277 Park Avenue<br>New York, New York 10017<br>Henry I. Zaxian, Esquire<br><br>A-10<br>Max S. Bell, Jr., Esquire<br>Richards, Layton & Finger<br>4072 DuPont Building<br>Wilmington, Delaware 19801<br>WHEELING-PITTSBURGH STEEL<br>NATIONAL STEEL<br>A-10       REPUBLIC STEEL<br>A-7 & A-8   INTERNATIONAL HARVESTER<br>A-1 & A-2 - NATIONAL STEEL CORP.<br>Walter J. Blenko, Jr., Esquire<br>Blenko, Leonard & Buell<br>1020 N. American Rockwell Bldg.<br>Pittsburgh, Pa. 15222<br><br>A-3 - Inland Steel<br><s>Albert W. Bicknell, Esquire</s><br>George N. Hibben, Esquire<br>Hibben, Noyes & Bicknell<br>332 South Michigan Avenue<br>Chicago, Illinois 60604<br><br>FORD MOTOR CO. (A-9)<br>Frank L. Seamans, Esq.<br>Eckert, Seamans, Cherin & Mellott<br>42nd Floor 600 Grant Street<br>Pittsburgh, Penna. 15219<br><br>BETHELEM STEEL CORP.   (A-4)<br>William B. Mallin, Esq.<br>John R. Kenrick, Esq.<br>Eckert, Seamans, Cherin & Mellot<br><s>42nd Floor 600 Grant</s> (See above)<br>Robert P. Wright, Esquire<br>Republic Building<br>Celveland, Ohio 44101 |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 74 -- In re Suess Patent Infringement

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| U.S. Steel | A-1 |
| Inter'l Harvester | A-2 |
| Inland Steel | A-3 |
| Bethlehem Steel | A-4 |
| Granite City Steel | A-5 |
| CF&I Steel | A-6 |
| Republic Steel | A-7 |
| National Steel | A-8 |
| Ford Motor Co. | A-9 |
| Wheeling-Pittsburgh Steel | A-10 |

p. _____

| | |
|---|---|
| Youngstown Sheet | B-1 |
| Interlake, Inc. | B-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |